Kirk A. Ehlis
WSBA #22908
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN M. GONZALEZ, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF MOSES LAKE, MOSES LAKE POLICE DEPARTMENT, POLICE CHIEF DEAN MITCHELL, SERGEANT MIERS, OFFICER A. HINTZ, OFFICER PAUL OUIMETTE, and OFFICER A. MONROE<br><br>Defendants. | NO. 2:12-CV-00528-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES** |

The above entitled matter having come before the Court upon the stipulation of the parties by and through their counsel, and it appearing to the

**STIPULATION FOR ORDER OF DISMISSAL - 1**

Court that this matter has been fully settled and should no longer remain pending, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that the above entitled action shall be and the same is hereby dismissed with prejudice and without attorney's fees or costs.

The District Court Executive is directed to CLOSE THE FILE.

DATED this 16th day of May, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**STIPULATION FOR ORDER OF DISMISSAL - 2**